

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00437-CV

Larry A. **VICK** and Linda H. Vick,
Appellants

v.

**FLORESVILLE INDEPENDENT SCHOOL DISTRICT**, City of Floresville, Wilson County,
Linebarger Goggan Blair & Sampson, LLP, Rashay K. Chapa, Wilson County Appraisal District,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-08-0504-CVW-A
Honorable Russell Wilson, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 15, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court